# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| In re: | Case No. 13-70452-SCS |
| DAVID WILLIAM STAUB and; | Chapter 13 |
| ANGELA CAROLINE STAUB, | |
| Debtors. | |

## ORDER SETTLING TRUSTEE'S OBJECTION
## TO CONFIRMATION OF PLAN

THIS MATTER CAME to be heard upon the Objection to Confirmation of the Plan filed on March 11, 2013, filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

**ORDERED** that the Trustee's Objection to Confirmation of the Plan is **SUSTAINED** and confirmation is **DENIED**. David William Staub and Angela Caroline Staub (the "Debtors") shall file the appropriate amendments to the attorney fee agreement, statement of financial affairs, 2016 Disclosure and the Plan to correctly and consistently disclose the correct amount of all attorney fees and costs including those which were paid prior to the filing of the voluntary petition on or before May 16, 2013. The Trustee reserves all rights with regard to the amendments.

It is **FURTHER ORDERED** if the Debtors fail to comply with the terms of this Order; an Order of Dismissal may be filed with and entered by this Court without further hearing.

It is **FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to the parties named on the attached copy list.

Entered at Norfolk _____ day of May 7 2013 _____, 2013.

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

/s/ Stephen C. St.John
_____
JUDGE

Notice of entry of Order or Judgment  5/7/2013 _____

I ASK FOR THIS:

*/s/ R. Clinton Stackhouse, Jr.*

_____ _____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee


SEEN AND AGREED:

*/s/ Amber L. Quick*

_____
Amber L. Quick, Esquire
Counsel for Debtor

## LOCAL RULE 9022-1 CERTIFICATE

I hereby certify that in accordance with Local Rule 9022-1, this Order has been endorsed by all parties.

*/s/ R. Clinton Stackhouse, Jr.*

_____

Copy List:

David William Staub
Angela Caroline Staub
2221 Kirkby Lane
Virginia Beach, VA 23456

Amber L. Quick, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322